```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                      :
CITIZENS INSURANCE COMPANY OF AMERICA,                :
as subrogor of GOLDEN VALLEY MANAGEMENT,              :
INC.,                                                 :
                                                      :    21 Civ. 4201 (JPC)
                                    Plaintiff,        :
                                                      :         ORDER
            -v-                                       :
                                                      :
JAAP TRUCKING, INC.,                                  :
                                                      :
                                    Defendant.        :
                                                      :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 16, 2021, the Court adjourned all deadlines and conferences for Plaintiff to move for default judgment. Dkt. 16. Then on January 20, 2022, the Court ordered Plaintiff to file a letter by February 18, 2022 updating the Court on the status of the case. Dkt. 23. Plaintiff has not filed the required letter. By March 24, 2022, Plaintiff shall file a letter updating the Court on the status of the case.

SO ORDERED.

Dated: March 21, 2022
       New York, New York

                                              _____
                                                      JOHN P. CRONAN
                                              United States District Judge