```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CITIZENS INSURANCE COMPANY OF AMERICA                                  :
A/S/O GOLDEN VALLEY MANAGEMENT, INC.,                                  :
                                                                       :
                              Plaintiff,                               :      21 Civ. 4201 (JPC)
                                                                       :
              -v-                                                      :         ORDER
                                                                       :
JAAP TRUCKING, INC.,                                                   :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In a letter dated August 29, 2022, Plaintiff advised the Court that it would provide a status update in this matter by September 16, 2022. Dkt. 35. As Plaintiff has yet to submit this update, Plaintiff is directed to file a status update with the Court by October 3, 2022.

SO ORDERED.

Dated: September 23, 2022                       _____
       New York, New York                              JOHN P. CRONAN
                                                    United States District Judge