UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CITIZENS INSURANCE COMPANY OF AMERICA         :
A/S/O GOLDEN VALLEY MANAGEMENT, INC.,         :
:
                Plaintiff,    :    21 Civ. 4201 (JPC)
:
      -v-    :    ORDER
:
JAAP TRUCKING, INC.,    :
:
                Defendant.    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    In a letter dated December 19, 2022, Plaintiff advised the Court that it would provide a status update in this matter following a deposition scheduled for January 16, 2023. Dkt. 39. As Plaintiff has yet to submit this update, Plaintiff is directed to file a status update with the Court by February 17, 2023.

    SO ORDERED.

Dated: February 10, 2023
       New York, New York
                                                          JOHN P. CRONAN
                                                          United States District Judge