UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CITIZENS INSURANCE COMPANY OF AMERICA :
A/S/O GOLDEN VALLEY MANAGEMENT, INC., :
:
                Plaintiff, :     21 Civ. 4201 (JPC)
:
       -v- :     ORDER
:
JAAP TRUCKING, INC., :
:
               Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    In a letter dated February 17, 2022, Plaintiff advised the Court that it would provide a status update in this matter following a deposition scheduled for March 7, 2023. Dkt. 41. As Plaintiff has yet to submit this update, Plaintiff is directed to file a status update with the Court by April 25, 2023.

    SO ORDERED.

Dated: April 18, 2023
       New York, New York

                                                JOHN P. CRONAN
                                        United States District Judge