```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
CITIZENS INSURANCE COMPANY OF AMERICA                   :
A/S/O GOLDEN VALLEY MANAGEMENT, INC.,                   :
                                                        :
                         Plaintiff,                     :        21 Civ. 4201 (JPC)
                                                        :
          -v-                                           :        ORDER
                                                        :
JAAP TRUCKING, INC.,                                    :
                                                        :
                         Defendant.                     :
                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 25, 2023, the Court ordered Plaintiff to provide an update into its investigation of Defendant's insurance coverage by June 9, 2023. Dkt. 44. As Plaintiff has yet to submit this update, Plaintiff is directed to file a status update with the Court by June 23, 2023.

SO ORDERED.

Dated: June 20, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge