UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CITIZENS INSURANCE COMPANY OF AMERICA    :
A/S/O GOLDEN VALLEY MANAGEMENT, INC.,    :
:
                       Plaintiff,    :        21 Civ. 4201 (JPC)
:
      -v-    :        ORDER
:
JAAP TRUCKING, INC.,    :
:
                    Defendant.    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On April 25, 2023, the Court ordered Plaintiff to provide an update into its investigation of Defendant's insurance coverage by June 9, 2023. Dkt. 44. Plaintiff did not provide that update. On June 20, 2023, the Court then ordered Plaintiff to provide the update by June 23, 2023. Dkt. 45. Plaintiff still has not provided the update. Therefore, Plaintiff is ordered to file the update by June 29, 2023. Plaintiff is reminded that failure to comply with Court orders may result in sanctions.

      SO ORDERED.

Dated: June 27, 2023
       New York, New York

                                                   JOHN P. CRONAN
                                            United States District Judge