```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
CITIZENS INSURANCE COMPANY OF AMERICA,              :
                                                    :
                         Plaintiff,                 :
                                                    :           21 Civ. 4201 (JPC)
            -v-                                     :
                                                    :                ORDER
JAAP TRUCKING, INC.,                                :
                                                    :
                         Defendant.                 :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 29, 2023, Plaintiff informed the Court that it would provide a status update by July 15, 2023 as to whether Plaintiff would proceed with a default judgment or would continue efforts to investigate any relevant insurance that Defendant might hold. Dkt. 47. Plaintiff did not provide this status update. By July 27, 2023, Plaintiff shall inform the Court whether it intends to proceed with pursuing a default judgment. If Plaintiff intends to continue investigation Defendant's insurance, Plaintiff shall propose a firm deadline for the end of that investigation.

SO ORDERED.

Dated: July 19, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge