UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CITIZENS INSURANCE COMPANY OF AMERICA,                                 :
                                                                       :
                            Plaintiff,                                 :
                                                                       :       21 Civ. 4201 (JPC)
            -v-                                                        :
                                                                       :       ORDER
JAAP TRUCKING, INC.,                                                   :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On July 28, 2023, the Court ordered Plaintiff to provide a status update by August 28, 2023, in the form of a letter detailing the steps, if any, that Plaintiff proposes to take to pursue this matter going forward.  Dkt. 50.  Plaintiff failed to provide this status update.  Nor is this the first time Plaintiff has failed to file a required status letter in this case.  *See* Dkts. 36, 40, 42, 46.  By September 1, 2023, Plaintiff shall file the previously ordered letter.  Plaintiff is once again reminded that failure to comly with Court orders may result in sanctions.  *See* Dkt. 46.

SO ORDERED.

Dated: August 29, 2023
       New York, New York                          _____
                                                   JOHN P. CRONAN
                                                   United States District Judge