IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CITIZENS INSURANCE COMPANY OF AMERICA A/S/O GOLDEN VALLEY MANAGEMENT, INC.** : : : : Plaintiff    : v.                                    : : **JAAP TRUCKING, INC.**      : Defendant                : : : | CIVIL ACTION  CASE NO:_ 1:21-cv-04201   NOTICE OF MOTION FOR DEFAULT JUDGMENT |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that, on December 20, 2023, at 11:00 am, upon the accompanying Affidavit of Vlad Kushnir, Esq., and all Exhibits thereto, the Plaintiff will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for a default judgment order against the Defendant.

**RESPECTFULLY SUBMITTED,**

Date:  11/20/2023        By:  /S/ VKushnir
_____
Vlad Kushnir, Esq.
Bar ID # 90571
**VB Kushnir, LLC**
5 Neshaminy Interplex
Suite 205
Trevose, PA 19053
P: 800-673-1770
F: 888-470-2704
vk@vbklaw.com
*Attorney for Plaintiff*

In addition to the topics outlined in the Court's previous Order concerning Plaintiff's motion for default judgment, Dkt. 60, Plaintiff should also be prepared to discuss its freight cost calculations at tomorrow's telephonic hearing.

SO ORDERED.
Date: December 19, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge