UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CITIZENS INSURANCE COMPANY OF AMERICA,   :
:
                 Plaintiff,   :
:       21 Civ. 4201 (JPC)
    -v-                                    :
:       <u>DEFAULT JUDGMENT</u>
JAAP TRUCKING, INC.,                 :
:
                 Defendant.   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This action having been commenced on May 11, 2021, by the filing of the Summons and Complaint; a copy of the Summons and Complaint having been served on Jyoli Jangia, who claimed to be authorized to accept service on behalf of Defendant, on August 9, 2021; Defendant having failed to answer the Complaint; the time for answering the Complaint having expired; and the Court having found at a default judgment hearing on December 20, 2023, that Defendant had notice of the filing of this case and of the default judgment hearing, and that the well-pleaded allegations of the Complaint sufficiently state a cause of action as to the Complaint, it is:

       ORDERED, ADJUDGED AND DECREED: That Plaintiff has judgment against Defendant in the amount of $42,116.20.

       SO ORDERED.

Dated: December 20, 2023
       New York, New York

                                                                 JOHN P. CRONAN
                                                                United States District Judge